October 5, 1979.
423 A.2d 1302

Commonwealth v. Anderson, Appellant.

Ar-
gued June 19, 1979. Gerald A. Stein, for appellant; Eric B.
Henson, Assistant District Attorney, for Commonwealth,
appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgments of sentence affirmed.

* President Judge Francis J. Catania of the Court of Common Pleas of
Delaware County, Pennsylvania, is sitting by designation.